NICHOLAS J. BOOS (SBN 233399)
nboos@maynardcooper.com
MAYNARD COOPER & GALE LLP
Two Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone:   (415) 646-4700
Facsimile:   (205) 254-1999

Attorneys for Defendant
FIRST NATIONAL INSURANCE COMPANY OF AMERICA

JEFFREY WEBER (SBN 283570)
jeff@briggsandalexander.com
LEV ZARTARIAN (SBN 284617)
lev@briggsandalexander.com
BRIGGS & ALEXANDER, APC
4300 Newport Beach, CA 92660
Telephone: (714) 520-9250
Facsimile: (714) 520-9248

Attorneys for Plaintiffs
BEDROS BALIAN and
HILDA JIMENEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEDROS BALIAN, an Individual; HILDA JIMENEZ, an Individual;<br><br>Plaintiffs,<br><br>v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-07523-SSS-RAOx<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

{06688392.1}

1  Pursuant to the stipulation of the Parties, the Court hereby orders that the
2  above-captioned matter is dismissed with prejudice in its entirety, each side to bear
3  her, his, and its own costs and attorneys' fees.
4      IT IS SO ORDERED.

6  Dated: January 17, 2023  _____
7                                   Hon. Sunshine S. Sykes
                                 U.S. District Judge